In the Matter of SIDNEY GONDELMAN, an Attorney.— Except as to the matters contained in paragraph 6 of the petition, the matter is referred to Honorable Harrington Putnam, an official referee, to take testimony and to report thereon to this court with his opinion. This is without prejudice to an application on the part of the petitioner for leave to file further charges. If the respondent should desire particulars regarding any of the charges, application therefor should be made to the official referee. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of INVESTING ASSOCIATES, INC., Appellant for a Mandamus Order against HENRY M. GOLDFOGLE and Others, as Commissioners, Constituting the Board of Taxes and Assessments of the City of New York, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of HENRY CLAY LITTICK, an Attorney.— Except as to the matters contained in paragraph 6 of the petition, the matter is referred to Honorable Harrington Putnam, an official referee, to take testimony and to report thereon to this court with his opinion. This is without prejudice to an application on the part of the petitioner for leave to file further charges. If the respondent should desire particulars regarding any of the charges, application therefor should be made to the official referee. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of DAVID MARLOW, an Attorney.— Except as to the matters contained in paragraph 6 of the petition, the matter is referred to Honorable Harrington Putnam, an official referee, to take testimony and to report thereon to this court with his opinion. This is without prejudice to an application on the part of the petitioner for leave to file further charges. If the respondent should desire particulars regarding any of the charges, application therefor should be made to the official referee. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of THE PEOPLES TRUST COMPANY OF BROOKLYN, NATIONAL BANKING ASSOCIATION OF NEW YORK, to Render and Settle Its Account as Administrator c. t. a. of JOHN FUREY, Deceased.— Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of MORRIS KARL SCHNEIDKRAUT, an Attorney.— Except as to the matters contained in paragraph 6 of the petition, the matter is referred to Honorable Harrington Putnam, an official referee, to take testimony and to report thereon to this court with his opinion. This is without prejudice to an application on the part of the petitioner for leave to file further charges. If the respondent should desire particulars regarding any of the charges, application therefor should be made to the official referee. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

GLADYS C. JOHNSON, Plaintiff, v. HARRISON ENGINEERING AND CONTRACTING CORPORATION, Appellant, and RICHARD B. TERRY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion to modify order by permitting appellant to